■ In the Matter of JOAN HUTCHINSON, Respondent, v EVERETT F. MCNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and FRANCIS W. HEIN et al., Appellants. — In a proceeding to invalidate a petition designating Francis W. Hein and James P. Cable as candidates in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Republican County Committee, 77th Election District, Town of Huntington, the appeal is from a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, which, after a hearing, granted the application. Appeal dismissed, without costs or disbursements. As this appeal involves a question of fact and the transcript was not submitted, this court does not have a sufficient basis to review the determination of the Supreme Court and the appeal must be dismissed. Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.

■ In the Matter of GERARD J. JARCZYNSKI, Respondent, v EVERETT F. MCNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and DEBORAH A. CARLSEN et al., Appellants. — In a proceeding to validate a petition designating Gerard J. Jarczynski and Virginia Jarczynski as candidates in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Republican County Committee, 73rd Election District, Town of Huntington, the appeal is from a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, which granted the application. Judgment affirmed, without costs or disbursements. Petitioner conceded that the error in designating the election district in the subscribing witness' statement invalidated sheet number three. However, sheet number one of the petition was properly upheld, since the date on the subscribing witness' statement contained no material "alteration". Thus, having sufficient signatures, petitioner's application to validate the designating petition was properly granted. Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.